Case: 08-10086   Doc: 5   Filed: 01/28/08   Page: 1 of 1

FILED
Jan 28 2008
05:11 PM
US Bankruptcy Court
Western District Of Oklahoma

Certificate Number: 02542-OKW-CC-003260941

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2008, at 3:34 o'clock PM CST, Gina Sanders received from Consumer Credit Counseling Service of Central Oklahoma, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Oklahoma, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: January 28, 2008

By   /s/Anthony Murray

Name   Anthony Murray

Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).