Case: 08-10086    Doc: 6    Filed: 01/29/08    Page: 1 of 1

FILED
Jan 29 2008
12:43 PM
US Bankruptcy Court
Western District Of Oklahoma

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SANDERS GINA LYNN | ) | CASE NO. 0-1006 |
| Debtor. | ) | Chapter 7 |

## MOTION FOR EXTENSION OF TIME TO
## CREDIT COUNSELING CERTIFICATE

GINA LYNN SANDERS, Debtor, shows to the Court that she was requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time she made her request and the following exigent circumstances merit a temporary waiver of the credit counseling requirements so she can file her bankruptcy case now, to wit, she was unable to obtain credit counseling prior to filing because she was unable to coordinate her work schedule with the counseling scheduled by the provider.  She is new on her job and has little flexibility in her work schedule.

Debtor further shows to the Court that she has received the requisite credit counseling and has filed the certificate from the agency that provided the briefing.

GINA LYNN SANDERS, DEBTOR


By:  S/RAYMOND D. MUNKRES
RAYMOND D. MUNKRES OBA#6512
ATTORNEY FOR DEBTOR
123 CHEVY CHASE
MIDWEST CITY OK 73110
405/733-3225