Case: 08-10086   Doc: 7   Filed: 01/29/08   Page: 1 of 1

FILED
Jan 29 2008
12:48 PM
US Bankruptcy Court
Western District Of Oklahoma

Certificate Number: 02542-OKW-CC-003260941

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2008, at 3:34 o'clock PM CST,

Gina Sanders received from

Consumer Credit Counseling Service of Central Oklahoma,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Oklahoma, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.


Date: January 28, 2008          By     /s/Anthony Murray

                                Name   Anthony Murray

                                Title  Certified Counselor


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).