B6C (Official Form 6C) (12/07)

Case: 08-10086   Doc: 14   Filed: 02/11/08   Page: 1 of 1

FILED
Feb 11 2008
12:50 PM
US Bankruptcy Court
Western District Of Oklahoma

IN RE **SANDERS, GINA LYNN**
Debtor(s)

Case No. **08-10086**

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| $100.00 | 31 OSA § 1A19 | 100.00 | 100.00 |
|  | 31 OSA § 1A18, 12 OSA 1171.1 | 100.00 | |
| $100.00 | U.S.C. 10 § 1035 | 100.00 | 100.00 |
|  | 31 OSA § 1A18, 12 OSA 1171.1 | 100.00 | |
| **Misc Personal Clothing** | 31 OSA § 1A9 | 1,000.00 | 1,000.00 |
| **Income tax refund, including Earned Income Credit** | 31 OSA § 1A21 | 1,339.00 | 2,455.00 |
| **1999 GMC Denali** | 31 OSA § 1A13 | 3,000.00 | 3,000.00 |
| **Computer, Laptop Computer** | 31 OSA § 1A5 | 450.00 | 450.00 |
| **Couch and Chair, Bedroom Furniture, Armoire, Bookcases, 3 TV's, Travel TV, Kitchen Table and Chairs, Treadmill, Computer, Misc Lamps, Cookware and Diningware, Microwave, Refrigerator Freezer, Washer and Dryer, 3 DVD Players, VHS Tape Players, Camera** | 31 OSA § 1A3 | 1,500.00 | 1,500.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only