Case: 08-10086     Doc: 16     Filed: 03/11/08     Page: 1 of 1

**FILED**
**Mar 11 2008**
**09:31 AM**
US Bankruptcy Court
Western District Of Oklahoma

Certificate Number: 02542-OKW-DE-003393979

Bankruptcy Case Number: 08-10086

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 17, 2008, at 12:48 o'clock PM CST, Gina Sanders completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Central Oklahoma, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date: February 18, 2008

By /s/Gretchen Kelle

Name Gretchen Kelle

Title Certified Counselor